# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

ANDREW JOHN DELANEY,

Debtor.
---------------------------------------------------------x

Chapter 7

Case No. 20-44372 (JMM)

**ORDER DENYING DEBTOR'S CLAIMED EXEMPTION**

Upon the motion dated June 20, 2023 (Doc. No. [__]) ("Motion")[1] of Gregory Messer, Esq., solely in his capacity as the Chapter 7 Trustee ("Trustee") of the Estate of Andrew John Delaney ("Debtor"), by and through his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order pursuant to Bankruptcy Code sections 105(a), 522 and 704 and Bankruptcy Rule 4003(b), disallowing the Debtor's claimed exemption in the S&C Claims under Bankruptcy Code section 522(d)(11)(E); and upon the Motion having been served on all necessary parties with an affidavit of service having been electronically filed with the Court (Doc. No. [__]); and it appearing that due and appropriate notice of the Motion having been made, and no other or further notice being required; and upon the video hearing having been held before the Court on July 18, 2023 at 10:00 a.m., the record of which is incorporated herein by reference; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Estate, and its creditors and all parties in interest and that

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the relief requested in the Motion is granted, as set forth in this Order; and, it is further

**ORDERED**, that the Debtor is not entitled to assert an exemption under Bankruptcy Code section 522(d)(11)(E) in the S&C Claims or in any funds received in settlement of the S&C Claims; and, it is further

**ORDERED**, that the Trustee is authorized to do such things, take such steps and perform such acts as may be reasonably necessary to implement and effectuate the terms of this Order; and, it is further

**ORDERED**, that this Court may retain jurisdiction to hear and determine all matters arising from the implementation of this Order.